1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH J. NELSON,                    No.  2:17-cv-1722 KJN P

12                  Plaintiff,

13          v.                             ORDER

14   C. SMITH, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner, proceeding pro se and in forma pauperis.  Plaintiff filed a

18   request for eight subpoena forms, but did not identify the purpose of the subpoenas requested or

19   identify to whom the subpoenas will be directed.  Because plaintiff is proceeding in forma

20   pauperis, certain subpoenas require review by the court before directing the United States

21   Marshal to serve the subpoena.  In addition, no hearing has been set in this matter; indeed, no

22   defendants have yet been served with process or filed an appearance in this action.  Thus,

23   plaintiff's request is also premature.

24          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for subpoena forms

25   (ECF No. 13) is denied without prejudice.

26   Dated:  January 12, 2018

27
     /nels1722.subp
28
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
                                      1