UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. NELSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. SMITH, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1722 KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding through counsel. On August 13, 2018, defendants Smith and Smiley filed a motion for summary judgment. On September 11, 2018, counsel was substituted in for plaintiff, and counsel was granted thirty days in which to file an opposition. Thirty days have now passed, and plaintiff's counsel has not filed an opposition or otherwise responded to defendants' motion. Accordingly, plaintiff's counsel shall show cause, within fourteen days, why defendants' motion should not be granted, and this action proceed solely against defendants Chudy and Pace.

　　　IT IS HEREBY ORDERED that within fourteen days, counsel for plaintiff shall show cause in writing, why defendants' motion for summary judgment should not be granted.

Dated: October 30, 2018

/nels1722.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE