UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. NELSON, | No. 2:17-cv-1722 KJN (PC) |
| Plaintiff, | |
| v. | ORDER |
| DR. SMILEY, CHIEF MEDICAL OFFICER; DR.C. SMITH, CHIEF SURGEON; Dr. J. CHUDY, et al, | |
| Defendants. | |

On November 7, 2018, the parties filed a stipulation and proposed order. Good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Summary Judgment (ECF No. 23) filed on August 13, 2018 is deemed withdrawn as of the date of this order, and no further briefing is required thereon; and

2. Defendants C. (Christopher) Smith and Mr. (W. David) Smiley, are dismissed from this action without prejudice.

Dated: November 13, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1