UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. NELSON,<br><br>            Plaintiff,<br><br>    v.<br><br>C. SMITH, et al.,<br><br>            Defendants. | No. 2:17-cv-1722 KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding through counsel. On November 7, 2018, the parties stipulated to the withdrawal of defendants' motion for summary judgment. Discovery is closed, and the pretrial motions deadline expired on September 7, 2018. It appears appropriate to schedule this matter for a settlement conference.

      By filing the attached notice within thirty days, the parties shall notify the court whether they waive disqualification for the undersigned to hold the settlement conference or whether they request a different judge. Plaintiff's counsel shall also indicate her preference whether plaintiff shall appear in person or by videoconference, if available. Failure to timely file such notice will result in the case being set for settlement conference before a different judge.

      Within thirty days, counsel for both parties shall contact this court's Courtroom Deputy, Alexandra Waldrop, at (916) 930-4187, to schedule the settlement conference.

////

1

Once the settlement conference is scheduled, at least seven days prior to conference, the parties shall submit to the assigned settlement judge a confidential settlement conference statement. The parties' confidential settlement conference statement shall include the following: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made to settle the case.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, the parties shall file the attached notice, informing the court whether they waive disqualification for the undersigned to hold the settlement conference, or whether they choose to have the settlement conference held by a different judge, and whether the incarcerated plaintiff wishes to attend in person or by videoconference.

2. Within thirty days from the date of this order, counsel for both parties shall contact this court's Courtroom Deputy, Alexandra Waldrop, at (916) 930-4187, to schedule the settlement conference.

3. At least seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described above, to the judge assigned for settlement.

Dated: November 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nels1722.set

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. NELSON,<br><br>        Plaintiff,<br><br>   v.<br><br>C. SMITH, et al.,<br><br>        Defendants. | No. 2:17-cv-1722 KJN P<br><br><u>NOTICE RE: JUDGE ELECTION FOR SETTLEMENT CONFERENCE</u> |

1. As required by court order, the parties notify the court of the following election:

    \_\_\_\_ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

        **OR**

    \_\_\_\_ The party signing below requests that a different judge hold the settlement conference.

    **AND**

2. Plaintiff indicates his preference by checking one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

    **OR**

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference.

DATED:

                                                              _____
                                                              Counsel for Plaintiff/Defendants