UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. NELSON,<br><br>           Plaintiff,<br><br>    v.<br><br>C. SMITH, et al.,<br><br>           Defendants. | No. 2:17-cv-1722 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel. This matter is set for settlement conference before the undersigned on March 13, 2019, at 9:00 a.m., in Courtroom #25. On February 7, 2019, plaintiff's counsel filed an unopposed request for plaintiff's wife to attend and participate in the settlement conference. Plaintiff's wife, Demetrius Juanita Nelson, lives in Las Vegas, Nevada. Counsel and plaintiff believe that Mrs. Nelson's presence will significantly assist in successfully reaching a settlement.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 42) is granted; and

2. Demetrius Juanita Nelson, wife of plaintiff, is permitted to attend and participate in the

////

////

////

March 13, 2019 settlement conference (although the undersigned may place certain limitations during the conference due to security concerns).

Dated: February 11, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nels1722.set2