UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. NELSON,<br><br>        Plaintiff,<br><br>   v.<br><br>C. SMITH, et al.,<br><br>        Defendants. | No. 2:17-cv-1722 KJN P<br><br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding through counsel. On March 13, 2019, the parties filed a stipulation and request for voluntary dismissal with prejudice. Good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated: March 18, 2019

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nels1722.dsm